NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EKO BRANDS, LLC, ESPRESSO SUPPLY, INC.,**
*Appellants*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

---

2017-2421, 2017-2422

---

Appeals from the United States International Trade Commission in Investigation No. 337-TA-929.

---

**JUDGMENT**

---

DAVID ALLEN LOWE, Lowe Graham Jones PLLC, Seattle, WA, argued for appellants. Also represented by TIMOTHY BILLICK; MEGAN S. WOODWORTH, ANDREW F. PRATT, Venable LLP, Washington, DC.

SIDNEY A. ROSENZWEIG, Office of General Counsel, United States International Trade Commission, Washington, DC, argued for appellee. Also represented by ROBERT JOHN NEEDHAM, DOMINIC L. BIANCHI, WAYNE W. HERRINGTON.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* LOURIE and CLEVENGER, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 7, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court